IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL CARMIE ANTONELLI                                          PETITIONER

v.                      NO. 2:06CV00052 SWW-JFF

LINDA SANDERS,
Warden, FCI Forrest City,
Arkansas                                                          RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed summarily with prejudice.

IT IS SO ORDERED this 15th day of March 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE