IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL CARMIE ANTONELLI                                          PETITIONER

v.                          NO. 2:06CV00052 SWW-JFF

LINDA SANDERS,
Warden, FCI Forrest City,
Arkansas                                                          RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed summarily with prejudice.

IT IS SO ADJUDGED this15th day of March 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE